IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| G.L. McLEOD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07cv435-ID |
| | ) |
| GPC, Inc. a foreign corporation doing | ) |
| business in Alabama under the name of | ) |
| NAPA and GENUINE PARTS | ) |
| COMPANY, Inc., a foreign corporation | ) |
| doing business in Alabama under the | ) |
| name of NAPA, | ) |
| | ) |
| Defendants. | ) |

## ANSWER

COME NOW all of the Defendants herein, and jointly answer Plaintiff's Complaint as follows

### FIRST DEFENSE

Plaintiff's Complaint, in whole or in part, fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's claims are barred, in whole or in part, by the statute of limitations.

### THIRD DEFENSE

Plaintiff's claims are barred, in whole or in part, by the doctrines of estoppel or laches.

### FOURTH DEFENSE

Plaintiff's claims have been released.

## FIFTH DEFENSE

Plaintiff has failed to exhaust administrative remedies available under the applicable plan.

## SIXTH DEFENSE

Plaintiff has failed to join necessary and/or indispensable parties.

## SEVENTH DEFENSE

Defendants respond specifically to the allegations of Plaintiff's Complaint as follows:

1. Defendants admit that Plaintiff has been employed by one or more of Defendants, or a predecessor, and will confirm dates of employment in discovery.

2. Defendants deny that Plaintiff's pension benefits were improperly calculated. Defendants deny any remaining allegations in Paragraph 2.

3. Defendants admit that Plaintiff has received pension statements, which speak for themselves. Any remaining allegations in Paragraph 3 are denied.

4. Defendants admit only that Plaintiff disputes the proper amount of his benefit. Defendants deny that Plaintiff's pension benefits were improperly calculated.

Any remaining allegations in Plaintiff's Complaint are denied unless expressly admitted above.

WHEREFORE, having fully answered Plaintiff's Complaint, Defendants pray that this action be dismissed with all costs taxed to Plaintiff.

Respectfully submitted this 16th day of May, 2007.

*[signature]*
_____
ROBERT F. NORTHCUTT (NOR015)
*ATTORNEY FOR DEFENDANTS*

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Telecopier: (334) 241-8282

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 16th day of May, 2007:

William R. King, Esq.
586 East Third Street
Luverne, AL 36049

*[signature]*
_____
OF COUNSEL

- 3 -