IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| G.L. McLEOD, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07-CV-435 |
| | ) |
| GPC, Inc. a foreign corporation doing business in Alabama under the name of NAPA and GENUINE PARTS COMPANY, Inc., a foreign corporation doing business in Alabama under the name of NAPA, | ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

**DEFENDANT GENUINE PARTS COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant Genuine Parts Company hereby makes the following disclosure concerning parent companies, subsidiaries, affiliates, partnership, joint ventures, debtor, creditors' committee, or other entities reportable under the provisions of Federal Rule of Civil Procedure 7.1 and the Middle District of Alabama's General Order No. 3047:

Defendant Genuine Parts Company[1] states that it has no parent corporation and no publicly held corporation owns 10% or more of Genuine Parts Company's stock.

The following subsidiaries of Genuine Parts Company are hereby reported:

1.     ALTROM AMERICA CORP.

2.     BALKAMP, INC.

3.     EIS, INC.

4.     EIS - DOMINICAN REPUBLIC, LLC

---

[1] There is no entity named "GPC, Inc." associated with Genuine Parts Company. Defendant Genuine Parts Company is misidentified as "Genuine Parts Company, Inc."

5.  GPC FINANCE COMPANY

6.  GPC PROCUREMENT COMPANY

7.  NATIONAL AUTOMOTIVE PARTS ASSOCIATION

8.  MOTION INDUSTRIES, INC.

9.  HUB TOOL & SUPPLY, INC.

10. SPR PROCUREMENT COMPANY

11. JOHNSON INDUSTRIES, INC.

12. 1ST CHOICE AUTO PARTS, INC.

13. SERVICE FIRST AUTO, INC

14. THE FLOWERS COMPANY

15. GENUINE PARTS HOLDINGS ULC

16. GENUINE PARTS INVESTMENT COMPANY

17. GPC MEXICO, S.A. de C.V.

18. EIS de MEXICO

19. EIS HOLDINGS (CANADA) INC.

20. MOTION INDUSTRIES (CANADA), INC.

21. S. P. RICHARDS CO. CANADA INC.

22. UAP INC.

23. GARANAT INC.

24. UAPRO INC.

25. UNITED AUTO PARTS (Eastern) LTD.

26. SERVICES FINANCIERS UAP INC.

27. AUTOMOTEUR TERREBONNE LTEE

28. CENTRE DI CULASSES DU QUEBEC INC.

29. REUSINAGE KNIGHT INC.

30. MTC SUSPENSION INC.

31. LES ENTREPRISES G. GAUDREAU (1986) INC.

32. GPC GLOBAL SOURCING LIMITED

33. GENUINE PARTS SOURCING (SHENZHEN) COMPANY LTD.

34. S.P. RICHARDS COMPANY

35. ALTROM CANADA CORP.

Respectfully submitted this 5th day of June, 2007.

_____
ROBERT F. NORTHCUTT (NOR015)
*ATTORNEY FOR DEFENDANTS*

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street
Post Office Box 2069
Montgomery, Alabama 36102-2069
Telephone: (334) 241-8000
Telecopier: (334) 241-8282

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic mail or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 5th day of June, 2007:

William R. King, Esq.
586 East Third Street
Luverne, AL 36049

_____
OF COUNSEL