IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **G.L. McLEOD,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: 2:07-CV-435 |
| | ) |
| **GPC, Inc. a foreign corporation doing business in Alabama under the name of NAPA and GENUINE PARTS COMPANY, Inc., a foreign corporation doing business in Alabama under the name of NAPA,** | ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

The undersigned, Constance S. Barker of the law firm of Capell & Howard, P.C., hereby gives notice of her appearance as additional counsel for Defendants, and requests that all pleadings, notices, and correspondence be directed to her attention at the address below.

Respectfully submitted this the 3rd day of July, 2007.

                                                           s/ Constance S. Barker
                                                          **CONSTANCE S. BARKER (BAR099)**
                                                          Attorney for Defendants

**OF COUNSEL:**
CAPELL & HOWARD, P.C.
150 South Perry Street (36104)
Post Office Box 2069
Montgomery, Alabama  36102-2069
Telephone:  (334) 241-8048
Telecopier:  (334) 241-8248

-2-

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing has been served upon the following listed persons by electronic mail or by placing a copy of the same in the United States mail, postage prepaid and properly addressed, this the 3rd day of July, 2007:

William R. King, Esq.  
586 East Third Street  
Luverne, AL 36049

                                             s/ Constance S. Barker  
                                             OF COUNSEL

Case 2:07-cv-00435-ID-WC   Document 4   Filed 07/03/2007   Page 2 of 2