IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

G.L. McLEOD,

    Plaintiff,

v.                                Case No.: CV-07-435

GPC, Inc. a foreign corporation
doing business in Alabama under
the name of NAPA and GENUINE
PARTS COMPANY, Inc., a foreign
corporation doing business in
Alabama under the name of NAPA,

    Defendants.

## PLAINTIFF G.L. McLEOD'S CORPORATE DISCLOSURE STATEMENT

    Plaintiff G.L. McLeod, in accordance with this Court's Order, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    Plaintiff G.L. McLeod is an individual with no affiliates.

_____
William R. King
586 East Third Street
Luverne, Alabama 36049
334-335-3242

CERTIFICATE OF SERVICE

This is to certify that I have served a copy of the foregoing

disclosure on the parties named below by mailing a copy of the same, with proper postage prepaid to:

    Sean K. McMahan, Esquire
    One Atlantic Center
    1201 West Peachtree Street
    Atlanta, Georgia 30309-3424

    Robert F. Northcutt, Esquire
    Capell & Howard, P.C
    P. O. Box 2069
    Montgomery, Alabama 36102-2069

    Constance S. Barker, Esquire
    Capell & Howard, P.C.
    P. O. Box 2069
    Montgomery, Alabama 36102-2069

on this the 29th day of November, 2007.

_____
William R. King